**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Kyle Banks-Martin<br>*Plaintiff,*<br><br>v.<br><br>Trans Union LLC, et.al.<br>*Defendants.* | Case No.: 0:21-cv-01781<br><br>**NOTICE OF SETTLEMENT WITH EQUIFAX ONLY** |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Equifax Information Services, Inc. ("Equifax") have settled all asserted claims between them. This notice applies to Equifax **ONLY**. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two to three weeks.

Dated: October 1, 2021

**MADGETT & KLEIN, PLLC**

s/ David J.S. Madgett
David J.S. Madgett (#0390494)
333 S 7th St #2450
Minneapolis, MN 55402
(612) 470-6529
dmadgett@madgettlaw.com

ATTORNEY FOR PLAINTIFF