# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KYLE BANKS-MARTIN, | Case No. 21-CV-1781 (NEB/BRT) |
| Plaintiff, | |
| v. | |
| TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, and EXPERIAN INFORMATION SERVICES LLC., | ORDER OF DISMISSAL |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal Without Prejudice filed on October 6, 2021 (ECF No. 20), IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE against Defendant Equifax Information Services, LLC.  Each party shall bear their own costs and attorneys' fees.

Dated: October 6, 2021

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge